| | | |
|---|---|---|
| MICHAEL WAYNE LANGLEY<br>LINDA MICHELLE LANGLEY<br>3013 HWY 84 E<br>LAUREL, MS 39443 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 | MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE, NY 11804 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | INDIGO<br>P.O. BOX 4477<br>BEAVERTON, OR 97076 | MIDLAND CREDIT MGMT<br>ATTN: BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO, CA 92193 |
| AARONS<br>1906 MS-15 N<br>LAUREL, MS 39440 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | MILESTONE<br>P.O. BOX 4477<br>BEAVERTON, OR 97076 |
| AMERICAN HONDA FINANCE<br>PO BOX 168128<br>IRVING, TX 75016 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 | NELNET<br>PO BOX 82561<br>LINCOLN, NE 68501 |
| CABELA<br>P.O. BOX 60519<br>CITY OF INDUSTRY, CA 91716 | JACOB LAW GROUP<br>2623 WEST OXFORD LOOP<br>OXFORD, MS 38655 | PORTFOLIO RECOVERY<br>PO BOX 4115<br>CONCORD, CA 94524 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | JOHN E. TUCKER<br>P.O. BOX 320001<br>FLOWOOD, MS 39232 | PREFERRED CREDIT INC<br>628 ROOSEVELT<br>ST CLOUD, MN 56301 |
| CAPITAL ONE<br>P.O. BOX 60519<br>CITY OF INDUSTRY, CA 91716 | LINCOLN AUTOMOTIVE FIN<br>ATTN: BANKRUPTCY<br>P.O. BOX 542000<br>OMAHA, NE 68154 | RENT AND ROLL<br>1815 HARDY ST<br>HATTIESBURG, MS 39401 |
| COMENITYCAPITAL<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH 43218 | LVNV FUNDING<br>ATTN: BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE, SC 29603 | SEVENTH AVE<br>ATTN: BANKRUPTCY<br>1112 7TH AVE<br>MONROE, WI 53566 |
| ESSENTIALS<br>1112 7TH AVE<br>MONROE, WI 53566 | MERRICK BANK<br>ATTN: BANKRUPTCY<br>P.O.BOX 5000<br>DRAPER, UT 84020 | SOUTH CENTRAL CLINICS<br>PO BOX 247<br>LAUREL, MS 39441 |

```
SOUTH CENTRAL MEDICAL
P.O. BOX 607
LAUREL, MS 39441



STRATFORD CAREER INSTI
P.O. BOX 1560
SAINT ALBANS, VT 05478



SUNBIT FINANCIAL
ATTN: BANKRUPTCY
10880 WILSHIRE BLV
SUITE 870
LOS ANGELES, CA 90024

SYNCHRONY BANK
ATTN: BANKRUPTCY
POB 965064
ORLANDO, FL 32896



SYNOVUS BANK
ATTN: BANKRUPTY DEPT
P.O.BOX 120
COLUMBUS, GA 31902



TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232



US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001
```