Certificate Number: 17572-MSS-DE-040152917

Bankruptcy Case Number: 25-51408



17572-MSS-DE-040152917

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 1, 2025</u>, at <u>6:50</u> o'clock <u>PM PDT</u>, <u>Michael W Langley</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date: <u>October 1, 2025</u>

By: <u>/s/Leigh-Anna M Thompson</u>

Name: <u>Leigh-Anna M Thompson</u>

Title: <u>Counselor</u>