Certificate Number: 17572-MSS-DE-040152919

Bankruptcy Case Number: 25-51408



17572-MSS-DE-040152919

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 1, 2025, at 6:50 o'clock PM PDT, Linda M Langley completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   October 1, 2025               By:   /s/Leigh-Anna M Thompson

                                      Name: Leigh-Anna M Thompson

                                      Title: Counselor