

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 27, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
  MICHAEL WAYNE LANGLEY
  LINDA MICHELLE LANGLEY
  3013 Hwy 84 E
  Laurel, MS  39443

CHAPTER 13 PROCEEDING:
25-51408 KMS

SSN:  XXX-XX-3584

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  ALPHA PIPELINE
  attn: Payroll Dept
  707 E 20TH STREET
  LAUREL, MS  39441

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net