IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Michael Wayne Langley                                  Case No. 25-51408-KMS
         Linda Michelle Langley, Debtors                                CHAPTER 13

## NOTICE

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to Modify the plan, or if you want the court to consider your views on the Plan, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Plan and may enter an order granting that relief, which shall confirm this Modified Plan.

Date: November 21, 2025        Signature:    /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Michael Wayne Langley** |
| | Full Name (First, Middle, Last) |
| Debtor 2 | **Linda Michelle Langley** |
| (Spouse, if filing) | Full Name (First, Middle, Last) |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** |
| Case number: | **25-51408** |
| (If known) | |

☑ Check if this is an amended plan, and list below the sections of the plan that have been changed.
**3.2, 5.1, 8.1**

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance          12/17

## Part 1:   Notices

**To Debtors:**  This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:**  **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## Part 2:   Plan Payments and Length of Plan

**2.1   Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2   Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$951.00**__ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**Alpha Pipeline**
**707 E 20th St**
**Laurel MS 39441-0000**

| Debtor | **Michael Wayne Langley** | Case number | **25-51408** |
|---|---|---|---|
| | **Linda Michelle Langley** | | |

Joint Debtor shall pay ____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

**2.3   Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**Part 3:   Treatment of Secured Claims**

**3.1   Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
Insert additional claims as needed.

**3.2   Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims. *Check one.*.**

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Lincoln Automotive Fin** | $13,745.08 | 2020 Ford Edge SEL 84244 miles | $13,563.00 | $13,563.00 | 0.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Lincoln Automotive Fin** | $12,130.54 | 2019 Ford F150 74978 miles | $33,940.00 | $12,130.54 | 0.00% |

| Debtor | **Michael Wayne Langley**<br>**Linda Michelle Langley** | Case number | **25-51408** |
|---|---|---|---|

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Merrick Bank** | **$35,687.00** | **2023 Forest River Cataline** | **$29,000.00** | **$29,000.00** | **10.00%** |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning |
|---|---|---|---|
| **-NONE-** | | | month |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is _____

**3.3   Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
- ☑ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4   Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
- ☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5   Surrender of collateral.**

*Check one.*
- ☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
- ☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| **Preferred Credit Inc** | **PMSI Vacuum cleaner** |
| **Tower Loan** | **Household Goods** |
| **Tower Loan** | **Household Goods** |

*Insert additional claims as needed.*

**Part 4:   Treatment of Fees and Priority Claims**

**4.1   General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2   Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3   Attorney's fees.**

☑ No look fee:   **4,600.00**

Mississippi Chapter 13 Plan                                                                                     Page 3

| | | | | |
|---|---|---|---|---|
| Debtor | **Michael Wayne Langley** <br> **Linda Michelle Langley** | | Case number | **25-51408** |

    Total attorney fee charged: $**4,600.00**

    Attorney fee previously paid: $**202.00**

    Attorney fee to be paid in plan per confirmation order: $**4,398.00**

☐ Hourly fee: $_____. (Subject to approval of Fee Application.)

**4.4**     **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
- ☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
- ☑ Internal Revenue Service    **$0.00** .
- ☐ Mississippi Dept. of Revenue    **$0.00** .
- ☐ Other _____ **$0.00** .

**4.5**     **Domestic support obligations.**

- ☑ **None**. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1**     **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
- ☑ The sum of $ **47,214.31**
- ☐ ____% of the total amount of these claims, an estimated payment of $____
- ☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**3,547.94**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2**     **Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

- ☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## Part 6: Executory Contracts and Unexpired Leases

**6.1**     **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

- ☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## Part 7: Vesting of Property of the Estate

**7.1**     **Property of the estate will vest in the debtor(s) upon entry of discharge.**

## Part 8: Nonstandard Plan Provisions

**8.1**     **Check "None" or List Nonstandard Plan Provisions**
- ☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

| | | | |
|---|---|---|---|
| Debtor | **Michael Wayne Langley** <br> **Linda Michelle Langley** | Case number | **25-51408** |

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.
Absent an objection, any Proof of Claim filed by the IRS and/or MS Dept. of Revenue shall be paid pursuant to the claim.

**\*\*\*Lincoln Automotive/Ford Motor Credit to be paid at the contract inerest rate of 0%.**

## Part 9: Signatures:

### 9.1 Signatures of Debtor(s) and Debtor(s)' Attorney

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X **/s/ Michael Wayne Langley**
**Michael Wayne Langley**
Signature of Debtor 1

Executed on **November 14, 2025**

**3013 Hwy 84 E**
Address
**Laurel MS 39443-0000**
City, State, and Zip Code

Telephone Number

X **/s/ Linda Michelle Langley**
**Linda Michelle Langley**
Signature of Debtor 2

Executed on **November 17, 2025**

**3013 Hwy 84 E**
Address
**Laurel MS 39443-0000**
City, State, and Zip Code

Telephone Number

X **/s/ Thomas C. Rollins, Jr.**
**Thomas C. Rollins, Jr. 103469**
Signature of Attorney for Debtor(s)
**P.O. Box 13767**
**Jackson, MS 39236**
Address, City, State, and Zip Code
**601-500-5533**
Telephone Number
**trollins@therollinsfirm.com**
Email Address

Date **November 17, 2025**

**103469 MS**
MS Bar Number

**Mississippi Chapter 13 Plan**  Page 5

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Modified Plan was forwarded on November 21, 2025, to:

By First Class U.S. Mail, Postage Prepaid:

Lincoln Automotive Finance
CT Corporation System
8927 Lorraine Rd. Suite 204-A
Gulfport, MS 39503

By Electronic CM/ECF Notice:

Standing Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>MICHAEL WAYNE LANGLEY<br>LINDA MICHELLE LANGLEY | CASE NO: 25-51408<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13 |

On 11/21/2025, I did cause a copy of the following documents, described below,

Notice of Modified Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/21/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MICHAEL WAYNE LANGLEY
LINDA MICHELLE LANGLEY

CASE NO: 25-51408

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/21/2025, a copy of the following documents, described below,

Notice of Modified Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/21/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS                              CASE INFO

LINCOLN AUTOMOTIVE FINANCE                LABEL MATRIX FOR LOCAL NOTICING        FORD MOTOR CREDIT COMPANY LLC  CO AIS PORTF
CT CORPORATION SYSTEM                    NCRS ADDRESS DOWNLOAD                   4515 N SANTA FE AVE DEPT APS
8927 LORRAINE RD SUITE 204-A             CASE 25-51408                           OKLAHOMA CITY  OK 73118-7901
GULFPORT MS 39503                        SOUTHERN DISTRICT OF MISSISSIPPI
                                         FRI NOV 21 9-16-43 PST 2025



EXCLUDE

US BANKRUPTCY COURT                      AARONS                                  AFFIRM  INC
DAN M RUSSELL  JR US COURTHOUSE          1906 MS15 N                             RESURGENT CAPITAL SERVICES
2012 15TH STREET  SUITE 244              LAUREL  MS 39440                        PO BOX 10587
GULFPORT  MS 39501-2036                                                          GREENVILLE  SC 29603-0587




AMERICAN HONDA FINANCE                   (P)AMERICAN HONDA FINANCE               CABELA
PO BOX 168128                            P O BOX 168088                          PO BOX 60519
IRVING  TX 75016-8128                    IRVING TX 75016-8088                    CITY OF INDUSTRY  CA 91716-0519




CAPITAL ONE                              CAPITAL ONE                             COMENITYCAPITAL
ATTN BANKRUPTCY                          PO BOX 60519                            ATTN BANKRUPTCY
PO BOX 30285                             CITY OF INDUSTRY  CA 91716-0519         PO BOX 182125
SALT LAKE CITY  UT 84130-0285                                                    COLUMBUS  OH 43218-2125




DEPARTMENT OF TREASURY  INTERNAL REVENUE SE   ESSENTIALS                         ESSENTIALS
INTERNAL REVENUE SERVICE                 1112 7TH AVE                            CO CREDITORS BANKRUPTCY SERVICE
P O BOX 7346                             MONROE  WI 53566-1364                   PO BOX 800849
PHILADELPHIA  PA 19101-7346                                                      DALLAS  TX 75380-0849




FIRST PREMIER BANK                       FORD MOTOR CREDIT COMPANY LLC           INDIGO
3820 N LOUISE AVE                        CO AIS PORTFOLIO SERVICES  LLC          PO BOX 4477
SIOUX FALLS  SD 57107-0145               4515 N SANTA FE AVE DEPT APS            BEAVERTON  OR 97076-4401
                                         OKLAHOMA CITY  OK 73118-7901




INTERNAL REVENUE SERVI                   JACOB LAW GROUP                         (P)JEFFERSON CAPITAL SYSTEMS LLC
CO US ATTORNEY                           2623 WEST OXFORD LOOP                   PO BOX 7999
501 EAST COURT ST                        OXFORD  MS 38655-5442                   SAINT CLOUD MN 56302-7999
STE 4430
JACKSON  MS 39201-5025




(P)TOWER LOAN                            LVNV FUNDING LLC                        LINCOLN AUTOMOTIVE FIN
P O BOX 320001                           RESURGENT CAPITAL SERVICES              ATTN BANKRUPTCY
FLOWOOD MS 39232-0001                    PO BOX 10587                            PO BOX 542000
                                         GREENVILLE  SC   29603-0587             OMAHA  NE 68154-8000




LVNV FUNDING                             MERRICK BANK                            MERRICK BANK CORP
ATTN BANKRUPTCY                          ATTN BANKRUPTCY                         PO BOX 9201
PO BOX 10497                             POBOX 5000                              OLD BETHPAGE  NY 11804-9001
GREENVILLE  SC 29603-0497                DRAPER  UT 84020-5000
```

| | | |
|---|---|---|
| MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN  MI 48090-2037 | MIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO  CA 92193-9069 | MILESTONE<br>PO BOX 4477<br>BEAVERTON  OR 97076-4401 |
| NELNET<br>PO BOX 82561<br>LINCOLN  NE 68501-2561 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PORTFOLIO RECOVERY<br>PO BOX 4115<br>CONCORD  CA 94524-4115 |
| (P) CREDIT  INC<br>628 ROOSEVELT ROAD SUITE 100<br>SAINT CLOUD MN 56301-4867 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | RENT AND ROLL<br>1815 HARDY ST<br>HATTIESBURG  MS 39401-4913 |
| SEVENTH AVE<br>ATTN BANKRUPTCY<br>1112 7TH AVE<br>MONROE  WI 53566-1364 | SOUTH CENTRAL CLINICS<br>PO BOX 247<br>LAUREL  MS 39441-0247 | SOUTH CENTRAL MEDICAL<br>PO BOX 607<br>LAUREL  MS 39441-0607 |
| STRATFORD CAREER INSTI<br>PO BOX 1560<br>SAINT ALBANS  VT 05478-5560 | SUNBIT FINANCIAL<br>ATTN BANKRUPTCY<br>10880 WILSHIRE BLV<br>SUITE 870<br>LOS ANGELES  CA 90024-4109 | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>POB 965064<br>ORLANDO  FL 32896-5064 |
| SYNOVUS BANK<br>ATTN BANKRUPTY DEPT<br>POBOX 120<br>COLUMBUS  GA 31902-0120 | ~~EXCLUDE~~<br>~~(D)(P)TOWER LOAN~~<br>~~P O BOX 320001~~<br>~~FLOWOOD MS 39232-0001~~ | US DEPARTMENT OF EDUCATION CO NELNET<br>121 SOUTH 13TH STREET<br>LINCOLN   NE 68508-1904 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ |
| LINDA MICHELLE LANGLEY<br>3013 HWY 84 E<br>LAUREL  MS 39443-6167 | DEBTOR<br>MICHAEL WAYNE LANGLEY<br>3013 HWY 84 E<br>LAUREL  MS 39443-6167 | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ |