# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51408  **Case Name:** Michael Wayne Langley and Linda Michelle Langley

**Set:** 12/16/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #23) - ORDER ENTERED 12/2/25

---

Minute Entry Re: (related document(s): [8] Confirmation Hearing) An Order has been entered on the Trustee's Objection (Dkt. #23). Confirmation hearing removed. (mcc)