United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51408-KMS |
| Michael Wayne Langley | Chapter 13 |
| Linda Michelle Langley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Dec 30, 2025 | Form ID: n031 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Wayne Langley, Linda Michelle Langley, 3013 Hwy 84 E, Laurel, MS 39443-6167 |
| 5566687 | | Aarons, 1906 MS-15 N, Laurel, MS 39440 |
| 5566709 | + | Rent and Roll, 1815 Hardy St, Hattiesburg, MS 39401-4913 |
| 5566711 | + | South Central Clinics, 1220 Jefferson Street, Laurel, MS 39440-4355 |
| 5566712 | + | South Central Medical, P.O. Box 607, Laurel, MS 39441-0607 |
| 5595177 | + | South Central Regional Medical Center, 1220 Jefferson Street, Laurel, MS 39440-4374 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 30 2025 19:38:09 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5571522 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 30 2025 19:36:00 | American Honda Finance Corporation, P.O. Box 168088, Irving, TX 75016-8088 |
| 5578064 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 19:38:05 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5566688 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 30 2025 19:36:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 5566689 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 19:38:09 | Cabela, P.O. Box 60519, City of Industry, CA 91716-0519 |
| 5566691 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 19:38:04 | Capital One, P.O. Box 60519, City of Industry, CA 91716-0519 |
| 5566690 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 19:38:14 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5566692 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 19:36:00 | Comenitycapital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5566696 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 30 2025 19:36:00 | Department of Treasury - Internal Revenue Service, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5572928 | + | Email/Text: bankruptcy@sccompanies.com | Dec 30 2025 19:36:00 | Essentials, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5566693 | + | Email/Text: bankruptcy@sccompanies.com | Dec 30 2025 19:36:00 | Essentials, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5566694 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 30 2025 19:38:14 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5567898 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 30 2025 19:38:14 | Ford Motor Credit Company LLC,, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. |

| | | | | |
|---|---|---|---|---|
| District/off: 0538-6 | | User: mssbad | | Page 2 of 3 |
| Date Rcvd: Dec 30, 2025 | | Form ID: n031 | | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | Dept. APS, Oklahoma City, OK 73118-7901 |
| 5566695 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 30 2025 19:36:00 | Indigo, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5566697 | + | Email/Text: ebone.woods@usdoj.gov | Dec 30 2025 19:36:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5587276 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 19:36:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5566698 | ^ | MEBN | Dec 30 2025 19:35:07 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5577959 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 19:38:10 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5566700 | + | Email/Text: EBNBKNOT@ford.com | Dec 30 2025 19:36:00 | Lincoln Automotive Fin, Attn: Bankruptcy, P.O. Box 542000, Omaha, NE 68154-8000 |
| 5566701 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 19:48:23 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5594243 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 30 2025 19:38:10 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 5566702 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 30 2025 19:38:04 | Merrick Bank, Attn: Bankruptcy, P.O.Box 5000, Draper, UT 84020-5000 |
| 5566703 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 30 2025 19:38:06 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5585296 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2025 19:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5566704 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2025 19:36:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5566705 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 30 2025 19:36:00 | Milestone, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5566706 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 30 2025 19:36:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5592249 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 19:38:14 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5566708 | | Email/Text: banko@preferredcredit.com | Dec 30 2025 19:36:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 5566707 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 19:38:09 | Portfolio Recovery, PO Box 4115, Concord, CA 94524-4115 |
| 5591899 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2025 19:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5566710 | + | Email/Text: bankruptcy@sccompanies.com | Dec 30 2025 19:36:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5566713 | ^ | MEBN | Dec 30 2025 19:35:10 | Stratford Career Insti, P.O. Box 1560, Saint Albans, VT 05478-5560 |
| 5566714 | ^ | MEBN | Dec 30 2025 19:35:12 | Sunbit Financial, Attn: Bankruptcy, 10880 Wilshire Blv, Suite 870, Los Angeles, CA 90024-4109 |
| 5566715 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 19:38:04 | Synchrony Bank, Attn: Bankruptcy, Pob 965064, Orlando, FL 32896-5064 |
| 5566716 | + | Email/Text: synovusbankruptcy@synovus.com | Dec 30 2025 19:36:00 | Synovus Bank, Attn: Bankrupty Dept, P.O.Box 120, Columbus, GA 31902-0120 |
| 5566699 | | Email/Text: bankruptcy@towerloan.com | Dec 30 2025 19:36:00 | John E. Tucker, P.O. Box 320001, Flowood, MS 39232 |
| 5566717 | | Email/Text: bankruptcy@towerloan.com | | |

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 30, 2025 | Form ID: n031 | Total Noticed: 47 |

| | | Dec 30 2025 19:36:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
|---|---|---|---|
| 5594223 | + Email/Text: bankruptcy@towerloan.com | Dec 30 2025 19:36:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5572076 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 30 2025 19:36:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5566718 | ^ MEBN | Dec 30 2025 19:34:56 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Linda Michelle Langley trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Michael Wayne Langley trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51408−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Michael Wayne Langley<br>3013 Hwy 84 E<br>Laurel, MS 39443 | Linda Michelle Langley<br>3013 Hwy 84 E<br>Laurel, MS 39443 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on December 30, 2025 (Dkt. # 29 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: December 30, 2025                                Danny L. Miller, Clerk of Court