**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Michael Wayne Langley**                          **Case No. 25-51408-KMS**
          **Linda Michelle Langley, Debtors**                        **CHAPTER 13**

### APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Debtors ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §329, files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1.  That Debtors represents that in the administration of the above referenced Debtors' estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's Class Action claim.

2.  That the Debtors desires to employ Hammers Law Firm, Ashby Thelen Lowry, and Aaronson & Rash, regarding the class action lawsuit; explained the Application and affidavit that needs to be review and signed to Employ Special Counsel; provided me email address to send everything to to render services in connection with the claim as Special Counsel for the Debtors.

3.  That it would be in the best interests of the estate that said firm be employed.

4.  An attorney for Hammers Law Firm, Ashby Thelen Lowry, and Aaronson & Rash has attached his affidavit hereto, stating that the attorney is a disinterested party to Debtors' estate. See Exhibit "A".

5.  That in consideration of said representation, Hammers Law Firm, Ashby Thelen Lowry, and Aaronson & Rash will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicants prays that the Court enter an Order authorizing the employment of Hammers Law Firm, Ashby Thelen Lowry, and Aaronson & Rash as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Michael Wayne Langley,
Linda Michelle Langley, APPLICANTS

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533 trollins@therollinsfirm.com

## ATTORNEY-CLIENT CONTRACT

This Attorney-Client Contract is made by and between Client and Aaronson & Rash, PLC, and Schneider Hammers LLC and The Ashby Firm ("Attorneys"). In consideration of the mutual promises herein, Client and Attorneys agree as follows:

**I. Purpose of Representation.**       Client retains Attorneys to prosecute all claims against all necessary defendants arising out of Event: **Use of Phillips CPAP**

**II. Attorneys' Fees & Expenses.** Attorneys will advance reasonable and necessary expenses incurred for prosecution of the case and obtain full reimbursement out of Client's share of any amount collected herein. In consideration of Attorneys' services, Client agrees to pay to Attorneys:

40% of any amount collected herein

Pursuant to Rule 1.04 of the Texas Disciplinary Rules of Professional Conduct, Aaronson & Rash, PLC, and Schneider Hammers LLC and The Ashby Firm will assume joint responsibility for Client's case and the recovery will be divided as follows:

| | |
|---|---|
| CLIENT | 60% |
| Schneider Hammers LLC | 16.5% |
| The Ashby Firm | 16.5% |
| Aaronson and Rash PLLC | 7% |
| Total | 100% |

The division of the fees between the Law Firms does not affect the Client's share of the recovery. **Note: if no recovery is achieved, the Client will not be required to reimburse the Law Firm for case expenses which have been advanced by the Law Firm, if any.**

III. Assignment of Interest. In consideration of Attorneys' services, Client hereby sells, conveys, and assigns to Attorneys an interest, as indicated in section II above, in Client's claims and causes of action, and in any action, compromise, settlement, judgment, payment of services or recovery by whatever means.

IV. Approval Necessary for Settlement. Attorneys are authorized to determine settlement strategy and negotiate on Client's behalf. No final settlement of any nature shall be made for claims of Client without Client's final approval, and Client shall not obtain any settlement without Attorneys' written approval. Attorneys are hereby granted a limited power of attorney with full authority to prepare, fully execute, sign and file all legal instruments, pleadings, drafts, authorizations and papers reasonably necessary to conclude this representation as fully as Client could do in person.

V. Representations. It is understood that Attorneys cannot warrant or guarantee the outcome of the case, and Attorneys have made no representations that Client will recover any or all of the funds sought. Client also understands that obtaining a judgment does not guarantee that the defendant will satisfy the judgment.

VI. Withdrawal. Attorneys have the option to withdraw and cease to represent Client for any reason.

VII. Association of Other Attorneys. Attorneys have the option to associate any attorney(s) to assist in the preparation and litigation of this case, in the sole discretion of Attorneys. Any such association shall not affect Client's Attorneys' Fees in the box above, and instead, any fee paid to an associated attorney shall come out of Attorneys' share. Client hereby consents to any such association.

VIII. Texas Law. This Contract shall be construed under and in accordance with the laws of the State of Texas, and all obligations of the parties created hereunder are performable in Houston, Harris County, Texas.

IX. Parties Bound. This Contract shall be binding upon and inure to the benefit of the parties hereto and their heirs, executors, administrators, legal representatives, successors and assigns where permitted by this Contract.

X. Legal Construction. In case any provision in this Contract shall be held to be invalid, illegal or unenforceable, such holding shall not affect any other provisions herein, and this Contract shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

XI. Prior Contracts Superseded. This Contract constitutes the sole agreement of the parties and supersedes any prior written or oral agreements between the parties regarding Event.

XII. Lien Resolution. Client understands that federal law may require resolution of reimbursement claims of certain government health insurance plans (i.e., Medicare, Medicaid, and other government plans) prior to distributing any verdict or settlement proceeds to Client. Client also understands that certain private insurance plans' reimbursement claims may also need to be addressed prior to funds distribution. Client agrees that Attorneys may take all steps relating to resolution of these issues, and expenses incurred for such shall be treated as case expenses out of Client's net recovery.

XIII. Court Assessments. Client understands that the Court overseeing Client's case may order a Court Assessment requiring a certain percentage of Client's recovery be withheld to pay for certain national costs of litigation. Should such an Order be issued prior to or during the course of Client's case, Client understands that Attorneys shall comply with such Order, including reducing Client's net recovery (if any), as per the Court's Order.

XIV. Client Certification. Client is voluntarily signing this Contract, fully aware of its terms and conditions. All questions regarding the contract have been answered by Attorneys.

| | LEGAL NAME (please print clearly) | DOB | SSN |
|---|---|---|---|
| CLIENT (the injured) | Linda       Michelle       Langley | 10/26/1965 | 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 |
| Guardian/Spouse (If applicable) | | | |

Signed & Accepted by:

Signed at: 2022-01-23 11:29:25

01/23/2022

**Client Sign Here:**                    **Date**

Signed & Accepted by:

Schneider Hammers LLC          ,                    Date

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on March 20, 2026, to:

By USPS First Class Mail:

Debtors

By Electronic CM/ECF Notice:

Case Trustee

U.S. Trustee

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.