## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Michael Wayne Langley**               **Case No. 25-51408-KMS**
          **Linda Michelle Langley, Debtors**               **CHAPTER 13**

### AFFIDAVIT OF ATTORNEY

STATE OF Georgia

COUNTY OF Fulton

Molly Long of Hammers Law Firm, being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3. That said services shall be rendered under a contingent fee agreement.

4. That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

    a. As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's Product Liability claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the 4th day of February, 2026.

X _____

By: _____Molly Long_____

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4th day of February, 2026.

NOTARY PUBLIC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Michael Wayne Langley**          **Case No. 25-51408-KMS**
         **Linda Michelle Langley, Debtors**          **CHAPTER 13**

### AFFIDAVIT OF ATTORNEY

STATE OF _Georgia_

COUNTY OF _Cobb_

_Andrew Ashby_ of _Ashby Thelen Law_ being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1.  That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2.  That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3.  That said services shall be rendered under a contingent fee agreement.

4.  That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

    a.  As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's Class Action claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the 18th day of March, 20 26.

X _Andrew Ashby_

By: _Andrew S. Ashby_

SWORN TO AND SUBSCRIBED BEFORE ME, this the 18th day of March, 20 26.

_Katie Gallaw_

NOTARY PUBLIC

KATIE GALLOW
NOTARY PUBLIC
COMMISSION EXPIRES JULY 12, 2026
COBB COUNTY, GEORGIA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Michael Wayne Langley       Case No. 25-51408-KMS
       Linda Michelle Langley, Debtors       CHAPTER 13

### <u>AFFIDAVIT OF ATTORNEY</u>

STATE OF Texas

COUNTY OF Harris

Chad Aaronson  of Aaronson & Rash PLL being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3. That said services shall be rendered under a contingent fee agreement.

4. That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

   a. As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's Class Action claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the __11__ day of __March__ , 20__26__ .

X _____

By: ___Chad AARONSON___

SWORN TO AND SUBSCRIBED BEFORE ME, this the __11__ day of __March__ , 20__26__ .



DESTINIE LANGLEY-LOWE
Notary Public, State of Texas
Comm. Expires 03-11-2030
Notary ID 133640577

_____
NOTARY PUBLIC