### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Michael Wayne Langley**                          **Case No. 25-51408-KMS**
              **Linda Michelle Langley, Debtors**                          **CHAPTER 13**

### <u>NOTICE</u>

Debtors has filed papers with the court to be Employ Special Counsel.
**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to Debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: March 19, 2026.                          Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
                                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                                              Jennifer A Curry Calvillo (MSBN 104367)
                                                              The Rollins Law Firm, PLLC
                                                              P.O. Box 13767
                                                              Jackson, MS 39236
                                                              601-500-5533
                                                              trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Michael Wayne Langley**                **Case No. 25-51408-KMS**
        **Linda Michelle Langley, Debtors**              **CHAPTER 13**

### <u>APPLICATION TO EMPLOY SPECIAL COUNSEL</u>

COMES NOW, Debtors ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §329, files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Debtors represents that in the administration of the above referenced Debtors' estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's Class Action claim.

2. That the Debtors desires to employ Hammers Law Firm, Ashby Thelen Lowry, and Aaronson & Rash, regarding the class action lawsuit; explained the Application and affidavit that needs to be review and signed to Employ Special Counsel; provided me email address to send everything to to render services in connection with the claim as Special Counsel for the Debtors.

3. That it would be in the best interests of the estate that said firm be employed.

4. An attorney for Hammers Law Firm, Ashby Thelen Lowry, and Aaronson & Rash has attached his affidavit hereto, stating that the attorney is a disinterested party to Debtors' estate. See Exhibit "A".

5. That in consideration of said representation, Hammers Law Firm, Ashby Thelen Lowry, and Aaronson & Rash will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicants prays that the Court enter an Order authorizing the employment of Hammers Law Firm, Ashby Thelen Lowry, and Aaronson & Rash as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Michael Wayne Langley,
Linda Michelle Langley, APPLICANTS

BY:

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533 trollins@therollinsfirm.com

## ATTORNEY-CLIENT CONTRACT

This Attorney-Client Contract is made by and between Client and Aaronson & Rash, PLC, and Schneider Hammers LLC and The Ashby Firm ("Attorneys"). In consideration of the mutual promises herein, Client and Attorneys agree as follows:

**I. Purpose of Representation.** Client retains Attorneys to prosecute all claims against all necessary defendants arising out of Event: **Use of Phillips CPAP**

**II. Attorneys' Fees & Expenses.** Attorneys will advance reasonable and necessary expenses incurred for prosecution of the case and obtain full reimbursement out of Client's share of any amount collected herein. In consideration of Attorneys' services, Client agrees to pay to Attorneys:

40% of any amount collected herein

Pursuant to Rule 1.04 of the Texas Disciplinary Rules of Professional Conduct, Aaronson & Rash, PLC, and Schneider Hammers LLC and The Ashby Firm will assume joint responsibility for Client's case and the recovery will be divided as follows:

| | |
|---|---|
| CLIENT | 60% |
| Schneider Hammers LLC | 16.5% |
| The Ashby Firm | 16.5% |
| Aaronson and Rash PLLC | 7% |
| Total | 100% |

The division of the fees between the Law Firms does not affect the Client's share of the recovery. **Note: if no recovery is achieved, the Client will not be required to reimburse the Law Firm for case expenses which have been advanced by the Law Firm, if any.**

III. Assignment of Interest. In consideration of Attorneys' services, Client hereby sells, conveys, and assigns to Attorneys an interest, as indicated in section II above, in Client's claims and causes of action, and in any action, compromise, settlement, judgment, payment of services or recovery by whatever means.

IV. Approval Necessary for Settlement. Attorneys are authorized to determine settlement strategy and negotiate on Client's behalf. No final settlement of any nature shall be made for claims of Client without Client's final approval, and Client shall not obtain any settlement without Attorneys' written approval. Attorneys are hereby granted a limited power of attorney with full authority to prepare, fully execute, sign and file all legal instruments, pleadings, drafts, authorizations and papers reasonably necessary to conclude this representation as fully as Client could do in person.

V. Representations. It is understood that Attorneys cannot warrant or guarantee the outcome of the case, and Attorneys have made no representations that Client will recover any or all of the funds sought. Client also understands that obtaining a judgment does not guarantee that the defendant will satisfy the judgment.

VI. Withdrawal. Attorneys have the option to withdraw and cease to represent Client for any reason.

VII. Association of Other Attorneys. Attorneys have the option to associate any attorney(s) to assist in the preparation and litigation of this case, in the sole discretion of Attorneys. Any such association shall not affect Client's Attorneys' Fees in the box above, and instead, any fee paid to an associated attorney shall come out of Attorneys' share. Client hereby consents to any such association.

VIII. Texas Law. This Contract shall be construed under and in accordance with the laws of the State of Texas, and all obligations of the parties created hereunder are performable in Houston, Harris County, Texas.

IX. Parties Bound. This Contract shall be binding upon and inure to the benefit of the parties hereto and their heirs, executors, administrators, legal representatives, successors and assigns where permitted by this Contract.

X. Legal Construction. In case any provision in this Contract shall be held to be invalid, illegal or unenforceable, such holding shall not affect any other provisions herein, and this Contract shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

XI. Prior Contracts Superseded. This Contract constitutes the sole agreement of the parties and supersedes any prior written or oral agreements between the parties regarding Event.

XII. Lien Resolution. Client understands that federal law may require resolution of reimbursement claims of certain government health insurance plans (i.e., Medicare, Medicaid, and other government plans) prior to distributing any verdict or settlement proceeds to Client. Client also understands that certain private insurance plans' reimbursement claims may also need to be addressed prior to funds distribution. Client agrees that Attorneys may take all steps relating to resolution of these issues, and expenses incurred for such shall be treated as case expenses out of Client's net recovery.

XIII. Court Assessments. Client understands that the Court overseeing Client's case may order a Court Assessment requiring a certain percentage of Client's recovery be withheld to pay for certain national costs of litigation. Should such an Order be issued prior to or during the course of Client's case, Client understands that Attorneys shall comply with such Order, including reducing Client's net recovery (if any), as per the Court's Order.

XIV. Client Certification. Client is voluntarily signing this Contract, fully aware of its terms and conditions. All questions regarding the contract have been answered by Attorneys.

| | LEGAL NAME (please print clearly) | DOB | SSN |
|---|---|---|---|
| CLIENT (the injured) | Linda     Michelle     Langley | 10/26/1965 | 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 |
| Guardian/Spouse (If applicable) | | | |

Signed & Accepted by:

Signed at:
2022-01-23 11:29:25

01/23/2022

**Client Sign Here:**      **Date**

Signed & Accepted by:

Schneider Hammers LLC   ,      Date

<u>**CERTIFICATE OF SERVICE**</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on March 20, 2026, to:

By USPS First Class Mail:

Debtors

By Electronic CM/ECF Notice:

Case Trustee

U.S. Trustee

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MICHAEL WAYNE LANGLEY
LINDA MICHELLE LANGLEY

CASE NO: 25-51408

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/20/2026, I did cause a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/20/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MICHAEL WAYNE LANGLEY
LINDA MICHELLE LANGLEY

CASE NO: 25-51408

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 3/20/2026, a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/20/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-51408
SOUTHERN DISTRICT OF MISSISSIPPI
THU MAR 19 13-18-57 PST 2026

FORD MOTOR CREDIT COMPANY LLC  CO AIS PORTF
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501 2036~~

AARONS
1906 MS15 N
LAUREL  MS 39440

AFFIRM  INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

AMERICAN HONDA FINANCE
PO BOX 168128
IRVING  TX 75016-8128

(P)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

CABELA
PO BOX 60519
CITY OF INDUSTRY  CA 91716-0519

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE
PO BOX 60519
CITY OF INDUSTRY  CA 91716-0519

COMENITYCAPITAL
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

DEPARTMENT OF TREASURY  INTERNAL REVENUE SE
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA  PA 19101-7346

ESSENTIALS
1112 7TH AVE
MONROE  WI 53566-1364

ESSENTIALS
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS  TX 75380-0849

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

FORD MOTOR CREDIT COMPANY LLC
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

INDIGO
PO BOX 4477
BEAVERTON  OR 97076-4401

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD  MS 38655-5442

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC   29603-0587

LINCOLN AUTOMOTIVE FIN
ATTN BANKRUPTCY
PO BOX 542000
OMAHA  NE 68154-8000

LVNV FUNDING
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

MERRICK BANK
ATTN BANKRUPTCY
POBOX 5000
DRAPER  UT 84020-5000

MERRICK BANK
PO BOX 5000
DRAPER  UT 84020-5000

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO  CA 92193-9069

MILESTONE
PO BOX 4477
BEAVERTON  OR 97076-4401

NELNET
PO BOX 82561
LINCOLN  NE 68501-2561

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PORTFOLIO RECOVERY
PO BOX 4115
CONCORD  CA 94524-4115

(P) CREDIT  INC
628 ROOSEVELT ROAD SUITE 100
SAINT CLOUD MN 56301-4867

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND  WA  98083-0788

RENT AND ROLL
1815 HARDY ST
HATTIESBURG  MS 39401-4913

SEVENTH AVE
ATTN BANKRUPTCY
1112 7TH AVE
MONROE  WI 53566-1364

SOUTH CENTRAL CLINICS
1220 JEFFERSON STREET
LAUREL  MS 39440-4355

SOUTH CENTRAL MEDICAL
PO BOX 607
LAUREL  MS 39441-0607

SOUTH CENTRAL REGIONAL MEDICAL CENTER
1220 JEFFERSON STREET
LAUREL  MS 39440-4374

STRATFORD CAREER INSTI
PO BOX 1560
SAINT ALBANS  VT 05478-5560

(P)SUNBIT INC
ATTN LEGAL AND COMPLIANCE
PO BOX 24010
LOS ANGELES CA 90024-0010

EXCLUDE

SYNCHRONY BANK
ATTN BANKRUPTCY
POB 965064
ORLANDO  FL 32896-5064

SYNOVUS BANK
ATTN BANKRUPTY DEPT
POBOX 120
COLUMBUS  GA 31902-0120

~~(D)(P)TOWER LOAN~~
~~P O BOX 320001~~
~~FLOWOOD MS 39232-0001~~

TOWER LOAN OF MISSISSIPPI  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

US DEPARTMENT OF EDUCATION CO NELNET
121 SOUTH 13TH STREET
LINCOLN  NE 68508-1911

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

EXCLUDE

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

EXCLUDE

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

LINDA MICHELLE LANGLEY
3013 HWY 84 E
LAUREL  MS 39443-6167

DEBTOR

MICHAEL WAYNE LANGLEY
3013 HWY 84 E
LAUREL  MS 39443-6167

EXCLUDE

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~