**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Michael Wayne Langley**            **Case No. 25-51408-KMS**
         **Linda Michelle Langley, Debtors**             **CHAPTER 13**

## NOTICE

The undersigned counsel has filed papers with the court to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application.

Date: April 28, 2026         Signature:   /s/ Thomas C. Rollins, Jr.
                                  Thomas C. Rollins, Jr. (MSBN 103469)
                                  Jennifer A Curry Calvillo (MSBN 104367)
                                  The Rollins Law Firm, PLLC
                                  PO Box 13767
                                  Jackson, MS 39236
                                  601-500-5533
                                  trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Michael Wayne Langley                          Case No. 25-51408-KMS
            Linda Michelle Langley, Debtors                          CHAPTER 13

## MOTION TO APPROVE SETTLEMENT, COMPENSATE SPECIAL COUNSEL AND AUTHORIZE DISTRIBUTION OF PROCEEDS

COMES NOW, Thomas C. Rollins, Jr., attorney for Debtors and files this Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds and in support thereof, would show to this Honorable Court as follows, to-wit:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. That the Court has authority to allow this compensation and to pay the same as authorized by 11 U.S.C. § 330.

## SETTLEMENT TERMS AND DISTRIBUTION OF PROCEEDS

3. On or about April 16, 2026, Hammers Law Firm, Ashby Thelen Lowry, and Aaronson & Rash were employed as Special Counsel (Dk# 36) representing Debtor in a personal injury claim. That Debtor and Special Counsel agreed to a contingency fee of 40% plus expenses.

4. The class action injury claim is now settled in the gross amount of $10,000.00. The settlement is fair and in the best interest of the Debtor and the bankruptcy estate.

5. Special Counsel requests settlement approval and authority to pay the settlement proceeds of $10,000.00 to the Chapter 13 Trustee who shall then disburse the claim proceeds as follows:

    a.    Attorney's Fees *(subject to Court approval of Special Counsel's Application for Compensation)* - $3,600.00

    i.   Hammers Law Firm - $1,485.00

    ii.   Ashby Thelen Lowry - $1,485.00

    iii.   Aaronson & Rash - $630.00

b.    MDL Common Benefit Fund - $1000.00

c.    Expenses: $451.65

d.    To Hammers Law Firm the sum of $480.04 for full satisfaction of the following medicals:

    i.   Medicare – $480.04

e.    Amount to by retained by the Trustee to bring the bankruptcy payments current first and then distribution in Debtor's case  pursuant to further order of this Court : $4,468.31.

### COMPENSATION OF SPECIAL COUNSEL

6.    That Applicant has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499F.2d 714 (5th Cir. 1974), made applicable to proceedings in this Court by the decision in *In Re First Colonial Corp. of America,* 544 F. 2d, 1291 (5th Cir., *cert. denied,* 97 S. Ct. 1696 [1977]), in establishing a reasonable request for compensation.  The fee is reasonable in light of the requirements that bankruptcy estates be administered as economically as possible and that all the services rendered are of a legal nature requiring the services of an attorney.

7.    To a certain extent, other employment was precluded by services rendered in that at certain periods of the administration of this bankruptcy, the legal representation of the bankruptcy estate prevented the attorneys from working on other cases.

8.    That the attorneys are duly licensed and authorized, practicing in Mississippi.

9.      On or about April 16, 2026, Hammers Law Firm, Ashby Thelen Lowry, and Aaronson & Rash were employed as Special Counsel (Dk# 36) representing Debtor in a personal injury claim.  That claim is now settled pending Court approval.   That Debtor and Special Counsel agreed to a contingency fee of 40% plus expenses.

10.     Debtor is entitled to a distribution from a settlement in the gross amount of 10,000.00.  Special Counsel requests attorney's fees of $3,600.00, representing 36% of the gross settlement and $451.65 as reimbursement of necessary expenses.  That a 40% contingency falls withing the range of customary attorney's fees for this type of matter.

WHEREFORE, the undersigned requests that this Motion be received and filed and that an Order be entered approving the foregoing settlement and distribution of proceeds, and prays for such other, further, and general relief to which the Special Counsel may be entitled.

Respectfully submitted,

Morgan & Morgan

BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds with Debtor was forwarded on April 28, 2026 to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Michael Wayne Langley**                              **Case No. 25-51408-KMS**
         **Linda Michelle Langley, Debtors**                      **CHAPTER 13**

**<u>ORDER APPROVING SETTLEMENT, COMPENSATION OF SPECIAL COUNSEL
AND AUTHORIZING DISTRIBUTION OF PROCEEDS</u>**

THIS CAUSE having come on this date on the Debtors Counsel's Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds (DK #_____), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Debtor, Trustee or Creditors, does find as follows:

IT IS THEREFORE ORDERED that the Motion to Approve Settlement and Authorize Distribution of Proceeds shall be granted and the Application for Compensation shall be approved.

IT IS FURTHER ORDERED that the Court hereby approves the proposed settlement in the amount of $10,000.00.

IT IS FURTHER ORDERED that the Court hereby approves Special Counsel's fees in the amount of $3,600.00 and expense in the amount of $451.65.

IT IS FURTHER ORDERED that the Court hereby approves a distribution of proceeds as follows:

a.  To Hammers Law Firm Fees:  $1,485.00

b.  Ashby Thelen Lowry: $1,485.00

    c.   Aaronson & Rash: $630.00

    d.   MDL Common Benefit Fund: $1000.00

    e.   Expenses: $451.65

    f.   To Hammers Law Firm the sum of $480.04 for full satisfaction of the following medicals:

        i.   Medicare - $480.04

    g.   Amount retained by the Trustee to bring the bankruptcy payments current first and then distribution in Debtor's case  pursuant to further order of this Court: 4,468.31.

IT IS FURTHER ORDERED that Special Counsel is granted authority to pay the gross settlement proceeds to the Chapter 13 Trustee.  The Trustee shall distribute the proceeds as provided above.  The Chapter 13 Trustee is authorized to sign a release, if requested to do so.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-51408 |
| --- | --- |
| MICHAEL WAYNE LANGLEY<br>LINDA MICHELLE LANGLEY | **DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/28/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/28/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MICHAEL WAYNE LANGLEY
LINDA MICHELLE LANGLEY

CASE NO: 25-51408

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 4/28/2026, a copy of the following documents, described below,

Notice and Motion to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/28/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-51408
SOUTHERN DISTRICT OF MISSISSIPPI
TUE APR 28 12-18-7 PST 2026

EXCLUDE

(U)AARONSON  RASH

EXCLUDE

(U)ASHBY THELEN LOWRY

FORD MOTOR CREDIT COMPANY LLC  CO AIS PORTF
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(U)HAMMERS LAW FIRM

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

AARONS
1906 MS15 N
LAUREL  MS 39440

AFFIRM  INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

AMERICAN HONDA FINANCE
PO BOX 168128
IRVING  TX 75016-8128

(P)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

CABELA
PO BOX 60519
CITY OF INDUSTRY  CA 91716-0519

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE
PO BOX 60519
CITY OF INDUSTRY  CA 91716-0519

COMENITYCAPITAL
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

DEPARTMENT OF TREASURY  INTERNAL REVENUE SE
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA  PA 19101-7346

ESSENTIALS
1112 7TH AVE
MONROE  WI 53566-1364

ESSENTIALS
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS  TX 75380-0849

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

FORD MOTOR CREDIT COMPANY LLC
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

INDIGO
PO BOX 4477
BEAVERTON  OR 97076-4401

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD  MS 38655-5442

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC   29603-0587

LINCOLN AUTOMOTIVE FIN
ATTN BANKRUPTCY
PO BOX 542000
OMAHA  NE 68154-8000

LVNV FUNDING
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

MERRICK BANK
ATTN BANKRUPTCY
POBOX 5000
DRAPER  UT 84020-5000

MERRICK BANK
PO BOX 5000
DRAPER  UT 84020-5000

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO  CA 92193-9069

MILESTONE
PO BOX 4477
BEAVERTON  OR 97076-4401

NELNET
PO BOX 82561
LINCOLN  NE 68501-2561

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PORTFOLIO RECOVERY
PO BOX 4115
CONCORD  CA 94524-4115

(P) CREDIT  INC
628 ROOSEVELT ROAD SUITE 100
SAINT CLOUD MN 56301-4867

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND  WA  98083-0788

RENT AND ROLL
1815 HARDY ST
HATTIESBURG  MS 39401-4913

SEVENTH AVE
ATTN BANKRUPTCY
1112 7TH AVE
MONROE  WI 53566-1364

SOUTH CENTRAL CLINICS
1220 JEFFERSON STREET
LAUREL  MS 39440-4355

SOUTH CENTRAL MEDICAL
PO BOX 607
LAUREL  MS 39441-0607

SOUTH CENTRAL REGIONAL MEDICAL CENTER
1220 JEFFERSON STREET
LAUREL  MS 39440-4374

STRATFORD CAREER INSTI
PO BOX 1560
SAINT ALBANS  VT 05478-5560

(P)SUNBIT INC
ATTN LEGAL AND COMPLIANCE
PO BOX 24010
LOS ANGELES CA 90024-0010

~~EXCLUDE~~

SYNCHRONY BANK
ATTN BANKRUPTCY
POB 965064
ORLANDO  FL 32896-5064

SYNOVUS BANK
ATTN BANKRUPTY DEPT
POBOX 120
COLUMBUS  GA 31902-0120

~~(D)(P)TOWER LOAN~~
~~P O BOX 320001~~
~~FLOWOOD MS 39232-0001~~

TOWER LOAN OF MISSISSIPPI  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

US DEPARTMENT OF EDUCATION CO NELNET
121 SOUTH 13TH STREET
LINCOLN  NE 68508-1911

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6 430~~
~~JACKSON  MS 39201 5022~~

~~EXCLUDE~~

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403 0566~~

LINDA MICHELLE LANGLEY
3013 HWY 84 E
LAUREL  MS 39443-6167

DEBTOR                                          EXCLUDE

MICHAEL WAYNE LANGLEY                            THOMAS CARL ROLLINS JR
3013 HWY 84 E                                   THE ROLLINS LAW FIRM  PLLC
LAUREL  MS 39443-6167                           PO BOX 13767
                                                JACKSON  MS 39236-3767



DEBTOR                                          EXCLUDE

MICHAEL WAYNE LANGLEY                            THOMAS CARL ROLLINS JR
3013 HWY 84 E                                   THE ROLLINS LAW FIRM  PLLC
LAUREL  MS 39443-6167                           PO BOX 13767
                                                JACKSON  MS 39236-3767