United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 25-51408-KMS

Michael Wayne Langley                                                            Chapter 13

Linda Michelle Langley

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: May 26, 2026 | Form ID: hn001kms | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +  Michael Wayne Langley, Linda Michelle Langley, 3013 Hwy 84 E, Laurel, MS 39443-6167

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

**Name**      **Email Address**

David Rawlings
ecfnotices@rawlings13.net  sduncan@rawlings13.net

Samuel J. Duncan
on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
on behalf of Joint Debtor Linda Michelle Langley trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Debtor Michael Wayne Langley trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

District/off: 0538-6          User: mssbad          Page 2 of 2

Date Rcvd: May 26, 2026          Form ID: hn001kms          Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form hn001kms (Rev. 12/25)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Michael Wayne Langley**
    **Linda Michelle Langley**

        **DEBTORS.**

**CASE NO. 25−51408−KMS**

**CHAPTER 13**

### NOTICE OF HEARING

The Debtors have filed a Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds (the "Motion") (Dkt. #37) with the Court in the above−styled case.

<u>**Your rights may be affected**</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold a hearing on June 11, 2026, at 10:30 AM in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi, to consider and act upon the Motion and the Response filed by the Trustee (Dkt. #39).

If you filed a response, you or your attorney are required to attend the hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The hearing will be electronically recorded by the Court.

  Dated: 5/26/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

Parties Noticed:

Michael Wayne Langley, Debtor

Linda Michelle Langley, Joint Debtor

Thomas Carl Rollins, Jr., Esq.

David Rawlings, Trustee

Samuel J. Duncan, Esq.