

**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: June 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**MICHAEL WAYNE LANGLEY**                      CASE NO. 25-51408 KMS
**LINDA MICHELLE LANGLEY**

**DEBTORS.**                                              CHAPTER 13

## ORDER RESETTING HEARING

This matter came on this date on the Motion to Approve Compromise or Settlement with Hammers Law Firm, Ashby Thelen Lowry and Aaronson & Rash filed by the Debtors (the "Motion") (Dkt. #37) and the Court having considered the facts herein, finds that the hearing on June 11, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for July 16, 2026, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 1, 701 Main Street, Hattiesburg, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841