United States Bankruptcy Court

Southern District of Mississippi

In re:

Michael Wayne Langley

Linda Michelle Langley

    Debtors

Case No. 25-51408-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael Wayne Langley, Linda Michelle Langley, 3013 Hwy 84 E, Laurel, MS 39443-6167 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Linda Michelle Langley trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Michael Wayne Langley trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

District/off: 0538-6　　　　　　　User: mssbad　　　　　　　Page 2 of 2
Date Rcvd: Jun 18, 2026　　　　　Form ID: pdf012　　　　　Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____

**SO ORDERED,**





**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Michael Wayne Langley**                                    **Case No. 25-51408-KMS**
         **Linda Michelle Langley, Debtors**                          **CHAPTER 13**

### AGREED ORDER APPROVING SETTLEMENT, COMPENSATION OF SPECIAL COUNSEL AND AUTHORIZING DISTRIBUTION OF PROCEEDS

THIS CAUSE having come on this date on the Debtors Counsel's Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds (DK # 37), the Court, being advised that the parties have reached an agreement regarding the issues raised therein, finds as follows:

The Debtor was a party to a product liability action that was fully settled and substantially disbursed in August 2025, prior to the bankruptcy filing. At the time of settlement, a portion of the settlement proceeds was held back pending resolution of certain lien issues. Following the filing of this bankruptcy case, the lien holdback proceeds in the amount of $2,469.96 were disbursed to the Debtor in January 2026. Because the underlying litigation and settlement were completed prior to the petition date, the filing of the Application to Employ Special Counsel and the Motion to Approve Settlement was unnecessary and should not have been filed.

The only post-petition issue relating to the settlement concerns the lien holdback proceeds received by the Debtor in January 2026. In order to resolve any claim of the bankruptcy estate to the lien holdback proceeds and avoid further litigation and expense, the Debtor has agreed to remit the sum of $1,200.00 to the Chapter 13 Trustee.

IT IS THEREFORE ORDERED that the Motion to Approve Settlement are acknowledged to have been unnecessary because the underlying product liability claim was settled and substantially disbursed prior to the commencement of this bankruptcy case.

IT IS FURTHER ORDERED in full settlement and resolution of any interest of the bankruptcy estate in the post-petition disbursement of the lien holdback proceeds, the Debtor shall pay the sum of $1,200.00 to the Chapter 13 Trustee. to increase the amount paid to the unsecured creditors. (sjd)

IT IS FURTHER ORDERED that except as expressly provided herein, all other provisions of the confirmed plan and prior orders of this Court shall remain in full force and effect.

##END OF ORDER##

Approved By:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

/s/Samuel J. Duncan
_____
Attorney for Chapter 13 Trustee